Samuel Kumin, Appellant, v. Oswego Falls Pulp and Paper Company, Respondent.— Judgment affirmed, with costs. All concurred.

Kittie Fults, Appellant, v. John C. Munro, Respondent.— Judgment affirmed, with costs. All concurred.

Elizabeth Lawless, Respondent, v. Samuel H. Mora and William Kellerhouse, Appellants.— Judgment affirmed, with costs. All concurred.

John J. Darcy, Respondent, v. National Tube Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Watson H. Whipple, Respondent, v. Lyons Beet Sugar Refining Company, Appellant.— Judgment affirmed, with costs. All concurred.

Lucretia C. Smither, Appellant, v. Robert K. Smither, Respondent.— Order affirmed, without costs. All concurred, except Kruse, J., who dissented.

J. P. Devine Company, Appellant, v. Buffalo Foundry Company and Oliver S. Sleeper, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Sarah Caroline Costello, Respondent, v. John H. Costello, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except McLennan, P. J., and Robson, J., who dissented and voted for modification of the order by striking out the provision for the payment of $880.

In the Matter of Supplementary Proceedings for the Collection of a Tax of Beauty Springs Water Company. Frank H. Talcott, as President of the Village of Lyons Falls, Appellant, v. Beauty Springs Water Company, Respondent.— Motion for leave to appeal to Court of Appeals granted. Settle questions before Williams, J., on two days' notice.

Richard Radley, Appellant, v. Steel Cable Engineering Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Assets Realization Company, Respondent, v. Cornelia A. Clark and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Herman W. Bode, Appellant, v. Charles H. Angel, Respondent.— Judgment affirmed, with costs. All concurred.

William McClatchy and Henry W. Hurlburt, Respondents, v. J. B. Malcolm & Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Frank A. Raymond and Elizabeth Raymond, Appellants, v. Elzer W. Bushnell and Melzer W. Bushnell, as Administrators, etc., of Harry E. Sandford, Deceased, and Each Individually, and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Clarence E. Hedges and Others, Respondents, v. Mary L. Wells and Frank or Frances Wells McKay, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the authority of *Heughes* v. *Galusha Stove Company* (122 App. Div. 118). All concurred, except McLennan, P. J., and Robson, J., who dissented.

World's Dispensary Medical Association, Respondent, v. Robert J. Pierce, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.